People v Amoroso (2025 NY Slip Op 03591)

People v Amoroso

2025 NY Slip Op 03591

Decided on June 11, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 11, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
PAUL WOOTEN
HELEN VOUTSINAS
JAMES P. MCCORMACK, JJ.

2023-08953

[*1]The People of the State of New York, respondent,
v
Alex Amoroso, appellant. 

Salvatore C. Adamo, New York, NY, for appellant.
Robert V. Tendy, District Attorney, Carmel, NY (MaryJane MacCrae of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from an order of the County Court, Putnam County (James F. Reitz, J.), dated October 1, 2018, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed because no appeal lies from an order entered on consent of the appellant (see CPLR 5511; People v Jennings, 146 AD3d 823, 824; People v Johnson, 142 AD3d 1061; People v Dennis, 64 AD3d 760; People v Welch, 30 AD3d 392).
CONNOLLY, J.P., WOOTEN, VOUTSINAS and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court